Ordered that the appeal from so much of the order as affects the defendant Antonioli is dismissed as academic, and the indictment is dismissed as to him, as he died during the pendency of this appeal, and the action abated as to him *(see, People v Mintz,* 20 NY2d 753); and it is further,

Ordered that the order is otherwise reversed, on the law, those branches of the remaining defendants' omnibus motions which were to suppress eavesdropping evidence are denied, and the matter is remitted to the Supreme Court, Queens County, for further proceedings *(see, People v Penasso,* 142 AD2d 691 [decided herewith]). Brown, J. P., Kunzeman, Rubin and Kooper, JJ., concur.

■ The People of the State of New York, Appellant, v Francesco Scaduto, Respondent.—Appeal by the People from an order of the Supreme Court, Queens County (Clabby, J.), dated June 3, 1986, which, after a hearing, granted that branch of the defendant's omnibus motion which was to suppress eavesdropping evidence.

Ordered that the order is reversed, on the law, that branch of the defendants' omnibus motion which was to suppress eavesdropping evidence is denied, and the matter is remitted to the Supreme Court, Queens County, for further proceedings *(see, People v Penasso,* 142 AD2d 691 [decided herewith]). Brown, J. P., Kunzeman, Rubin and Kooper, JJ., concur.